# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 1, 2011

No. 10-40322
Summary Calendar

Lyle W. Cayce
Clerk

LUPE PICASSO

Plaintiff-Appellant

v.

CITY OF NACOGDOCHES, TEXAS

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:08-CV-149

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Lupe Picasso, a former employee of Defendant-Appellee City of Nacogdoches, Texas, appeals the district court's March 2, 2010 take-nothing judgement. That judgment was rendered pursuant to the court's Findings of Fact and Conclusions of Law of even date following a bench trial on Picasso's employment claims. Her action was grounded in allegations that discrimination on the basis of sex, pregnancy, race, and national origin, as well

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-40322

as retaliation, culminated in her being fired from her job at the City's animal shelter.

We have reviewed the briefs and record excerpts of the parties, including the extensive analysis of the case presented by the parties at the bench trial, as set forth in the district court's opinion. As a result, we are convinced that the district court correctly disposed of Picasso's case and committed no reversible error in the course of doing so. Accordingly, the judgement of that court is, in all respects,

AFFIRMED.